# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2017
_____

RUSSELL A. STODDARD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


August 14, 2024


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004); *Farmer v. State,* 268 So. 3d 1009, 1011 (Fla. 1st DCA 2019) ("It is well established that eighteen is the dividing line between adult privileges and responsibilities and the privileges and responsibilities of children. We decline the invitation to treat this adult murderer as a child.").

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____



Russell A. Stoddard, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.